KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Respondents

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ZHENMIN SONG,<br><br>        Petitioner,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security;<br>EMILIO GONZALEZ, Director,<br>U.S. Citizenship and Immigration Services;<br>DAVID STILL, District Director,<br>San Francisco District Office of U.S. Citizenship<br>and Immigration Services; and<br>MICHAEL A. CANNON, National Name<br>Check Section Chief, FBI,<br><br>        Respondents. | No. C 06-6723 JW<br><br>**STIPULATION TO EXTEND DATES;<br>and [~~PROPOSED~~] ORDER** |

    Petitioner, by and through his attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Petitioner filed this action on or about October 27, 2006, and Respondents' Answer is currently due on January 5, 2007.

    2. Pursuant to this Court's October 30, 2006 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on February 5, 2007, and attend a case management conference on February 12, 2007.

Stip to Ext Time
C 06-6723 JW

1  3. In order to allow sufficient time for USCIS to consider an alternative resolution to this case
2  and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask
3  this Court to extend the dates in the Court's scheduling order as follows:

4  Respondents' Answer:                                         February 20, 2007
5  Last day to file Joint ADR Certification:                    March 2, 2007
6  Last day to file/serve Joint Case Management Statement:      March 16, 2007
7  Case Management Conference:                                  March 26, 2007 at 10:00 a.m.

8  Dated: January 4, 2007                     Respectfully submitted,
9                                             KEVIN V. RYAN
10                                            United States Attorney

12                                                     /s/
                                            ILA C. DEISS
13                                          Assistant United States Attorney
                                            Attorney for Respondents
14

15 Dated: January 4, 2007                              /s/
                                            TERESA T. CAI
16                                          Attorney for Petitioner

17

18

19                               **ORDER**

20  Pursuant to stipulation, IT IS SO ORDERED.

21

22
   Date:  Jan. 05 2007                       _James Ware_
23                                           JAMES WARE
                                             United States District Judge
24

Stip to Ext Time
C 06-6723 JW