1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Respondents
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12  ZHENMIN SONG,                    )
                                     )  No. C 06-6723 JW
13              Petitioner,           )
                                     )
14        v.                          )
                                     )  **STIPULATION TO DISMISS; and**
15  MICHAEL CHERTOFF, Secretary,      )  **[PROPOSED] ORDER**
    Department of Homeland Security;  )
16  EMILIO GONZALEZ, Director,        )
    U.S. Citizenship and Immigration Services; )
17  DAVID STILL, District Director,   )
    San Francisco District Office of U.S. Citizenship )
18  and Immigration Services; and    )
    MICHAEL A. CANNON, National Name  )
19  Check Section Chief, FBI,         )
                                     )
20              Respondents.          )
                                     )
21  _____)

22      Petitioner, by and through his attorney of record, and Respondents, by and through their

23  attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of this

24  mandamus action in light of the approval of Petitioner's adjustment of status application (Form I-

25  485).

26      Each of the parties shall bear their own costs and fees.

27  ///

28
    Stip to Dismiss
    C 06-6723 JW

Dated: February 6, 2007                    Respectfully submitted,

                                           KEVIN V. RYAN
                                           United States Attorney


                                           _____/s/_____
                                           ILA C. DEISS
                                           Assistant United States Attorney
                                           Attorney for Respondents


Dated: February 6, 2007                    _____/s/_____
                                           TERESA T. CAI
                                           Attorney for Petitioner


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:    2/13/2007                         _____
                                           JAMES WARE
                                           United States District Judge

Stip to Dismiss
C 06-6723 JW